**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Spencer BOWENS, a/k/a Scooter, a/k/a Clyde, a/k/a Melvin McCurdy, a/k/a Doc Johnson, Defendant—Appellant.**

No. 09–7632.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2010.

Decided: March 30, 2010.

Spencer Bowens, Appellant pro se. David Novak, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Spencer Bowens appeals the district court's order denying his motion to correct a clerical error pursuant to Fed.R.Crim.P. 36. We have reviewed the record and find no reversible error. Accordingly, although we grant Bowens's motion for leave to proceed in forma pauperis, we affirm for

---

we need not address his arguments as to the fourth prior conviction for assault.

the reasons stated by the district court. *United States v. Bowens,* No. 3:98–cr–00110–REP (E.D.Va. Aug. 6, 2009); *see United States v. Johnson,* 571 F.3d 716, 717–18 (7th Cir.2009) (finding that court did not have authority to correct calculation error in the presentence report pursuant to Rule 36). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*